IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 5 1998

Michael N. Milby, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § | CIVIL ACTION NO. C-97-83 |
| § | |
| 155.465 ACRES OF LAND, MORE OR § LESS, IN SAN PATRICIO COUNTY § AND NUECES COUNTY, TEXAS; § MARIE WELDER FORD, ET AL. § | |

### SETTLEMENT AGREEMENT AND SATISFACTION OF JUDGMENT

The United States of America, plaintiff, and Marie Welder Ford and husband, Edmond Ford; Hamilton-Ingleside Limited, a Texas Limited Partnership; David Edwards, Trustee of the 1976 Edwards Trust "A"; and Patricia Edwards Carson, Trustee of the 1976 Edwards Trust "B", defendants, agree to the settlement of this case and the satisfaction of the Final Judgment of Condemnation as follows:

1) The defendants agree to forego the filing of a motion for new trial and waive all rights to appeal the Final Judgment of Condemnation entered in this action on May 21, 1998.

2) The defendants will retain all of the $2,600,000 that was deposited in the Registry of the Court on February 11, 1997, together with any interest thereon.

3) Each side will bear their own costs and attorneys fees.

1

96.

Respectfully submitted,

JAMES H. DeATLEY
United States Attorney

By: *Charles Wendlandt*
CHARLES WENDLANDT
Assistant United States Attorney
Admissions I.D. Number: 12172
State Bar I.D. Number: 21171500
Wilson Plaza, Suite 1400
606 No. Carancahua
Corpus Christi, Texas 78476
(512) 888-3111

ATTORNEY FOR THE UNITED STATES OF AMERICA

PORTER, ROGERS, DAHLMAN & GORDON

By: *Rick Rogers*
RICK ROGERS
Admissions I.D. Number 4531
State Bar Number 17193000
One Shoreline Plaza
800 N. Shoreline, Suite 800 South
Corpus Christi, Texas 78401-3708
(512) 880-5808

ATTORNEY-IN-CHARGE FOR DEFENDANTS
MARIE WELDER FORD, ET AL.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was hand-delivered to Rick Rogers on June 5, 1998.

*Charles Wendlandt*
CHARLES WENDLANDT

2